UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-21-1079 |
| HAYDEN MICHAEL ESPINOSA | § § | |

### STIPULATION OF FACT IN SUPPORT OF GUILTY PLEA

The Defendant, HAYDEN MICHAEL ESPINOSA, has agreed to stipulate with the Acting United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Section 922(o) alleged in Count One of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3). The parties further agree that other facts exist, and those facts may be relevant at sentencing herein.

**I.**

The parties hereby stipulate and agree to the following:

First: That the defendant knowingly transferred or possessed a "machinegun"; and

Second That the defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machinegun" that it was a part or combination of parts solely and exclusively designed and intended for use in converting a weapon into a machinegun as defined by Section 921(a), and Title 26 U.S.C. Section 5845(b).

Third: That the firearm was not registered to the defendant in the National Firearms Registration and Transfer Record.

1

**II.**

The defendant further stipulates that had the case proceeded to trial the United States would have evidence as outlined below and would have called witnesses to testify that:

On or about July 1, 2021, in Knoxville, TN, an ATF agent, working undercover, purchased an auto sear for a Glock firearm from Defendant. Later that day, ESPINOSA sent the agent an internet link to a video titled "How to install a Glock switch". An auto sear or "Glock switch" is a part that can be affixed to a semi-automatic firearm which causes the firearm shoot in an automatic fashion. 26 U.S.C. Section 5845(b) defines "machinegun" to include any part or combination of parts solely and exclusively designed and intended for use in converting a weapon into a machinegun.

On October 13, 2021, ATF in Corpus Christi took possession of two suspected "Glock switches" from HSI in Corpus Christi. The items had been intercepted at the JFK International Airport in New York on or about September 21, 2021. The "Glock switches" were inside a package addressed to ESPINOSA at 2802 S. Sea Drive, Corpus Christi, TX. The package was shipped from the Russian Federation.

On or about October 14, 2021, ATF agents, working undercover, again reached out to ESPINOSA to buy more auto sears. ESPINOSA told the agent that he had moved to Texas, but would sell him the items. Agents later bought an additional "Glock switch" and an AR "lightning link /Swift link," both of which are auto sears for Glocks and AR style rifles respectively, for $245 via CashApp. ESPINOSA then sent the auto sears and sent the agent a USPS tracking number.

On or about November 15, 2021, ATF agents in Knoxville, TN contacted Agent Guardado in Corpus Christi and informed him that ESPINOSA had likely relocated to Corpus Christi. Agent

Guardado contacted U.S. Postal Inspector Reed and provided him with the USPS tracking number. The number originated out of Corpus Christi. Agent Guardado searched the National Firearms Registration and Transfer Record for any devises registered to him. There were no such records for the defendant.

Agent Guardado was able to locate two addresses in Corpus Christ that was associated with ESPINOSA. At one address Agent Guardado located a Nissan Sentra with Tennessee license plates registered to ESPINOSA in Knoxville, TN. This address was determined to be that of ESPINOSA's mother.

Both residences were searched pursuant to federal search warrants on December 7, 2021. Inside the defendant's apartment, agents found 4 firearms, assorted ammunition, eleven (11) AR "lightning links" or "Swift links," four (4) 3D printers, and various 3D printed firearm parts and accessories. Agents also found a book with ledgers.

ESPINOSA was interviewed by agents after he was arrested on a federal warrant. ESPINOSA waived his rights and agreed to speak to agents. He stated that he is 3D printing pieces of plastic upstairs that can be altered slightly to become illegal. ESPINOSA admitted to 3D printing items in an 80% format that can readily be turned into an NFA item. ESPINOSA claimed to have spoken to 3 lawyers who said it was legal. ESPINOSA admitted that he knows there's only one purpose for the 3D printed items. ESPINOSA stated he'd been "hypothetically" selling these items for about three years and that he sold approximately 300 3D printed items every 3 months. The defendant sold the auto sears online through his website.

Agents subsequently located a YouTube channel belonging to ESPINOSA in which he posted videos of himself showing his customers how to 3D print the auto sears for Glock and AR-15 rifles.

He also posted videos on how to install his 3D printed autos sears and insert them into the Glocks and AR-15s. He also advertised his website, 3DAmendment.us, through which he sold the auto sears. In one video, titled "How to Install a Swift Link into a AR." the defendant takes an "Swift link" (auto sear) and shows the simple, one minute, process to install the part inside an AR-15. After inserting the auto sear into the firearm, the defendant states on the video, "The weapon is now fully automatic. As long as you're holding the trigger down it will keep firing continuously. This is illegal."

The defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machinegun" that it was a part or combination of parts solely and exclusively designed and intended for use in converting a weapon into a machinegun as defined by Section 921(a), and Title 26 U.S.C. Section 5845(b). He also knowingly possessed and transferred machineguns by selling and shipping them to his buyers.

### III.

The undersigned have thoroughly reviewed, understand, and declare that the information contained in this Stipulation of Fact is true and correct, subject to the penalties of perjury.

HAYDEN MICHAEL ESPINOSA W/P BY SBP
_____
HAYDEN MICHAEL ESPINOSA
Defendant

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
JOEL DUNN
Assistant United States Attorney

_____
Attorney for Defendant

4