```
                    UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS (CORPUS CHRISTI)

UNITED STATES OF AMERICA,         .
                                  .  Case No. 2:21-cr-01079-1
              Plaintiff,          .
                                  .
     v.                           .
                                  .  1133 N. Shoreline Blvd.
HAYDEN MICHAEL ESPINOSA,          .  Corpus Christi, TX 78401
                                  .
              Defendant.          .  Wednesday, December 22,
                                  .  2021
. . . . . . . . . . . . . . . . . .  9:43 a.m.

                   TRANSCRIPT OF DETENTION HEARING
                 BEFORE THE HONORABLE JASON LIBBY
                   UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiff:          U.S. Attorney's Office
                            By:  ROLAND SWANSON, ESQ.
                            800 North Shoreline Boulevard
                            Suite 500
                            Corpus Christi, TX 78401
                            (361) 888-3111

For the Defendant:          Federal Public Defender's Office
                            By:  LILA MICHELLE GARZA, ESQ.
                            606 North Carancahua, Suite 401
                            Corpus Christi, TX 78401-0697
                            (361) 888-3532


Audio Operator:             Rochelle A. Limon, ECR

Transcription Company:      Access Transcripts, LLC
                            10110 Youngwood Lane
                            Fishers, IN 46048
                            (855) 873-2223
                            www.accesstranscripts.com



     Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

```
 1        (Proceedings commence at 9:43 a.m.)
 2            THE CLERK:  Court calls C-21-cr-1079, United States
 3   v. Hayden Michael Espinosa.  May I have appearances, please?
 4            MR. SWANSON:  Roland Swanson on behalf of the
 5   United States.
 6            MS. GARZA:  Lila Garza for Mr. Espinosa.
 7            THE COURT:  And are you Hayden Michael Espinosa?
 8            THE DEFENDANT:  Yes, sir.
 9            THE COURT:  You're set today for a detention
10   hearing.  Your lawyer, Ms. Garza, is present.
11            Ms. Garza, what are your announcements -- or
12   announcement?
13            MS. GARZA:  Your Honor, Mr. Espinosa would like to
14   waive his detention hearing without prejudice.
15            THE COURT:  All right.  Is that correct,
16   Mr. Espinosa, that you would like to waive your detention
17   hearing without prejudice?
18            THE DEFENDANT:  Yes, sir.
19            THE COURT:  All right.  Is there any objection to
20   that, Mr. Swanson?
21            MR. SWANSON:  No objection, Your Honor.
22            THE COURT:  I will accept the waiver of the
23   detention hearing and it will be without prejudice.
24       (Proceedings concluded at 9:44 a.m.)
25                           * * * * *
```

# **C E R T I F I C A T I O N**

I, Alicia Jarrett, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*[Signature: Alicia J. Jarrett]*

_____

ALICIA JARRETT, AAERT NO. 428     DATE: April 7, 2023

ACCESS TRANSCRIPTS, LLC